# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL O'DONNELL, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL | : | No. 19-1963 |
| SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

## ORDER AND JUDGMENT

AND NOW, this 21st day of October, 2019, upon consideration of Plaintiff Rachel O'Donnell's Brief in Support of her Request for Review (doc. 12), the Commissioner's Response (doc. 13), and O'Donnell's Reply (doc, 14), it is ORDERED:

1. Plaintiff's Request for Review is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE